**EXHIBIT 2**

**Frequency Table**

**Q1 - Do you agree to answer the questions without help or assistance, answer truthfully and not to guess?**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Yes | 400 | 100.0 | 100.0 | 100.0 |

**Q2 - What is your age?**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 18-20 | 2 | 0.5 | 0.5 | 0.5 |
|  | 21-29 | 21 | 5.3 | 5.3 | 5.8 |
|  | 30-39 | 186 | 46.5 | 46.5 | 52.3 |
|  | 40-49 | 151 | 37.8 | 37.8 | 90.0 |
|  | 50-59 | 32 | 8.0 | 8.0 | 98.0 |
|  | 60-65 | 8 | 2.0 | 2.0 | 100.0 |
|  | Total | 400 | 100.0 | 100.0 |  |

**Q3 - Do you need contacts or glasses for reading?**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Yes | 230 | 57.5 | 57.5 | 57.5 |
|  | No | 170 | 42.5 | 42.5 | 100.0 |
|  | Total | 400 | 100.0 | 100.0 |  |

**Q4 - If so, will you be wearing them when completing the survey?**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Yes | 230 | 57.5 | 100.0 | 100.0 |
| Missing | System | 170 | 42.5 |  |  |
| Total |  | 400 | 100.0 |  |  |

**Q5 - In the last 12 months have you purchased or been involved in the purchase of cheerleading equipment, including back packs, and are you planning to purchase or be involved in the purchase of cheerleading equipment, including back packs, in the next 12**

|       |     | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|-----|-----------|---------|---------------|--------------------|
| Valid | Yes | 400       | 100.0   | 100.0         | 100.0              |

**Q6 - In the last 12 months have you purchased or been involved in the purchase of golfing equipment, including golf balls, and are you planning to purchase or be involved in the purchase of a golfing equipment, including golf balls, in the next 12 months?**

|       |                             | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|-----------------------------|-----------|---------|---------------|--------------------|
| Valid | Yes                         | 204       | 51.0    | 51.0          | 51.0               |
|       | No                          | 188       | 47.0    | 47.0          | 98.0               |
|       | Don't know/ Can't remember  | 8         | 2.0     | 2.0           | 100.0              |
|       | Total                       | 400       | 100.0   | 100.0         |                    |

**Q7_1 - Have you or anyone in your household ever worked for...?**

|       |   | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|---|-----------|---------|---------------|--------------------|
| Valid | 0 | 400       | 100.0   | 100.0         | 100.0              |

**Q7_2 - Have you or anyone in your household ever worked for...?**

|       |   | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|---|-----------|---------|---------------|--------------------|
| Valid | 0 | 400       | 100.0   | 100.0         | 100.0              |

**Q7_3 - Have you or anyone in your household ever worked for...?**

|       |   | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|---|-----------|---------|---------------|--------------------|
| Valid | 0 | 400       | 100.0   | 100.0         | 100.0              |

### Q7_4 - Have you or anyone in your household ever worked for...?

|       |   | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|---|-----------|---------|---------------|--------------------|
| Valid | 0 | 400 | 100.0 | 100.0 | 100.0 |

### Q7_5 - Have you or anyone in your household ever worked for...?

|       |   | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|---|-----------|---------|---------------|--------------------|
| Valid | 0 | 397 | 99.3 | 99.3 | 99.3 |
|       | A golf equipment manufacturer or retailer | 3 | 0.8 | 0.8 | 100.0 |
|       | Total | 400 | 100.0 | 100.0 | |

### Q7_6 - Have you or anyone in your household ever worked for...?

|       |   | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|---|-----------|---------|---------------|--------------------|
| Valid | 0 | 3 | 0.8 | 0.8 | 0.8 |
|       | None of the above | 397 | 99.3 | 99.3 | 100.0 |
|       | Total | 400 | 100.0 | 100.0 | |

### Q8 - Are you taking this survey on...?

|       |   | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|---|-----------|---------|---------------|--------------------|
| Valid | A desktop/laptop | 355 | 88.8 | 88.8 | 88.8 |
|       | A tablet | 45 | 11.3 | 11.3 | 100.0 |
|       | Total | 400 | 100.0 | 100.0 | |

### Cell

|       |   | Frequency | Percent | Valid Percent | Cumulative Percent |
|-------|---|-----------|---------|---------------|--------------------|
| Valid | Primary | 200 | 50.0 | 50.0 | 50.0 |
|       | Control | 200 | 50.0 | 50.0 | 100.0 |
|       | Total | 400 | 100.0 | 100.0 | |

### Q9 - Do you agree not to guess or get information from the internet or any other source?

| Frequency | Percent | Valid Percent | Cumulative Percent |
|-----------|---------|---------------|--------------------|

| | | | | | |
|---|---|---|---|---|---|
| Valid | Yes | 400 | 100.0 | 100.0 | 100.0 |

**Q10A - From the design of this product, do you believe that this backpack comes from one source/ manufacturer or is it a generic design that is used by many different backpack manufacturers?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | I believe that this product design comes from one backpack source/manufacturer. | 122 | 30.5 | 61.0 | 61.0 |
| | I believe that this product design is generic and comes from more than one backpack sources/manufacturers. | 75 | 18.8 | 37.5 | 98.5 |
| | Don't know/ Can't remember. | 3 | 0.8 | 1.5 | 100.0 |
| | Total | 200 | 50.0 | 100.0 | |
| Missing | System | 200 | 50.0 | | |
| Total | | 400 | 100.0 | | |

**Q11A - From the design of this product, do you believe that this backpack comes from the same or affiliated sources/ manufacturers as the backpack you saw earlier, or do you believe that it is from a different, non-affiliated source/ manufacturer?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | I believe that this product design comes from the same or affiliated sources/manufacturers as the backpack I saw earlier | 116 | 29.0 | 58.0 | 58.0 |
| | I believe that this product design comes from entirely different, non-affiliated sources/manufacturers as the backpack I | 71 | 17.8 | 35.5 | 93.5 |
| | Don't know/ Can't tell | 13 | 3.3 | 6.5 | 100.0 |
| | Total | 200 | 50.0 | 100.0 | |

| | | | | | |
|---|---|---|---|---|---|
| Missing | System | | 200 | 50.0 | |
| Total | | | 400 | 100.0 | |

### Q13A - If you had a negative experience with the SECOND backpack you saw, would that effect your purchasing the FIRST backpack you saw?

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Yes, a bad experience with the second backpack would prevent me from buying the first backpack. I would not buy it. | 63 | 15.8 | 31.5 | 31.5 |
| | No, a bad experience with the second backpack would not prevent me from buying the first backpack. I'd still buy it. | 120 | 30.0 | 60.0 | 91.5 |
| | Don't Know/Not sure | 17 | 4.3 | 8.5 | 100.0 |
| | Total | 200 | 50.0 | 100.0 | |
| Missing | System | 200 | 50.0 | | |
| Total | | 400 | 100.0 | | |

### Q10B - From the design of this product, do you believe that this backpack comes from one source/ manufacturer or is it a generic design that is used by many different backpack manufacturers?

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | I believe that this product design comes from one backpack source/manufacturer. | 122 | 30.5 | 61.0 | 61.0 |
| | I believe that this product design is generic and comes from more than one backpack source/manufacturer. | 68 | 17.0 | 34.0 | 95.0 |
| | Don't know/ Can't remember. | 10 | 2.5 | 5.0 | 100.0 |
| | Total | 200 | 50.0 | 100.0 | |
| Missing | System | 200 | 50.0 | | |

| | | | | | |
|---|---|---|---|---|---|
| Total | | 400 | 100.0 | | |

**Q11B - From the design of this product, do you believe that this backpack comes from the same or affiliated sources/ manufacturers as the backpack you saw earlier, or do you believe that it is from a different, non-affiliated source/ manufacturer?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | I believe that this product design comes from the same or affiliated sources/manufacturers as the backpack I saw earlier | 40 | 10.0 | 20.0 | 20.0 |
| | I believe that this product design comes from entirely different, non-affiliated sources/manufacturers as the backpack I | 147 | 36.8 | 73.5 | 93.5 |
| | Don't know/ Can't remember | 13 | 3.3 | 6.5 | 100.0 |
| | Total | 200 | 50.0 | 100.0 | |
| Missing | System | 200 | 50.0 | | |
| Total | | 400 | 100.0 | | |

**Q13B - If you had a negative experience with the SECOND backpack you saw, would that effect your purchasing the FIRST backpack you saw?**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Yes, a bad experience with the second product would prevent me from buying the first backpack. I'd not buy it. | 32 | 8.0 | 16.0 | 16.0 |
| | No, a bad experience with the second product would not prevent me from buying the first backpack. I'd still buy it. | 158 | 39.5 | 79.0 | 95.0 |
| | Don't Know/Not sure | 10 | 2.5 | 5.0 | 100.0 |
| | Total | 200 | 50.0 | 100.0 | |
| Missing | System | 200 | 50.0 | | |

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
|  | Total | 400 | 100.0 |  |  |

## Q15 - What gender do you primarily associate with…

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Male | 144 | 36.0 | 36.0 | 36.0 |
|  | Female | 256 | 64.0 | 64.0 | 100.0 |
|  | Total | 400 | 100.0 | 100.0 |  |

## Q16 - What is the highest level of school you have completed or the highest degree you have received?

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Less than high school degree | 3 | 0.8 | 0.8 | 0.8 |
|  | High school degree or equivalent (e.g., GED) | 52 | 13.0 | 13.0 | 13.8 |
|  | Some college but no degree | 76 | 19.0 | 19.0 | 32.8 |
|  | Associate degree | 63 | 15.8 | 15.8 | 48.5 |
|  | Bachelor degree | 142 | 35.5 | 35.5 | 84.0 |
|  | Graduate degree | 64 | 16.0 | 16.0 | 100.0 |
|  | Total | 400 | 100.0 | 100.0 |  |

## Q17 - What state do you live in?

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | Alabama | 10 | 2.5 | 2.5 | 2.5 |
|  | Arizona | 14 | 3.5 | 3.5 | 6.0 |
|  | Arkansas | 6 | 1.5 | 1.5 | 7.5 |
|  | California | 33 | 8.3 | 8.3 | 15.8 |
|  | Colorado | 5 | 1.3 | 1.3 | 17.0 |
|  | Connecticut | 3 | 0.8 | 0.8 | 17.8 |
|  | District of Columbia | 1 | 0.3 | 0.3 | 18.0 |
|  | Florida | 33 | 8.3 | 8.3 | 26.3 |
|  | Georgia | 14 | 3.5 | 3.5 | 29.8 |
|  | Hawaii | 1 | 0.3 | 0.3 | 30.0 |
|  | Idaho | 2 | 0.5 | 0.5 | 30.5 |
|  | Illinois | 14 | 3.5 | 3.5 | 34.0 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Indiana | 11 | 2.8 | 2.8 | 36.8 |
|  | Iowa | 3 | 0.8 | 0.8 | 37.5 |
|  | Kansas | 4 | 1.0 | 1.0 | 38.5 |
|  | Kentucky | 8 | 2.0 | 2.0 | 40.5 |
|  | Louisiana | 3 | 0.8 | 0.8 | 41.3 |
|  | Maine | 1 | 0.3 | 0.3 | 41.5 |
|  | Maryland | 6 | 1.5 | 1.5 | 43.0 |
|  | Massachusetts | 5 | 1.3 | 1.3 | 44.3 |
|  | Michigan | 16 | 4.0 | 4.0 | 48.3 |
|  | Minnesota | 3 | 0.8 | 0.8 | 49.0 |
|  | Mississippi | 3 | 0.8 | 0.8 | 49.8 |
|  | Missouri | 5 | 1.3 | 1.3 | 51.0 |
|  | Nebraska | 2 | 0.5 | 0.5 | 51.5 |
|  | Nevada | 5 | 1.3 | 1.3 | 52.8 |
|  | New Hampshire | 1 | 0.3 | 0.3 | 53.0 |
|  | New Jersey | 15 | 3.8 | 3.8 | 56.8 |
|  | New Mexico | 4 | 1.0 | 1.0 | 57.8 |
|  | New York | 17 | 4.3 | 4.3 | 62.0 |
|  | North Carolina | 12 | 3.0 | 3.0 | 65.0 |
|  | Ohio | 19 | 4.8 | 4.8 | 69.8 |
|  | Oklahoma | 6 | 1.5 | 1.5 | 71.3 |
|  | Oregon | 5 | 1.3 | 1.3 | 72.5 |
|  | Pennsylvania | 22 | 5.5 | 5.5 | 78.0 |
|  | Rhode Island | 1 | 0.3 | 0.3 | 78.3 |
|  | South Carolina | 5 | 1.3 | 1.3 | 79.5 |
|  | South Dakota | 1 | 0.3 | 0.3 | 79.8 |
|  | Tennessee | 11 | 2.8 | 2.8 | 82.5 |
|  | Texas | 43 | 10.8 | 10.8 | 93.3 |
|  | Utah | 2 | 0.5 | 0.5 | 93.8 |
|  | Virginia | 10 | 2.5 | 2.5 | 96.3 |
|  | Washington | 5 | 1.3 | 1.3 | 97.5 |
|  | West Virginia | 2 | 0.5 | 0.5 | 98.0 |
|  | Wisconsin | 8 | 2.0 | 2.0 | 100.0 |
|  | Total | 400 | 100.0 | 100.0 |  |

**Q18 - What is your approximate average household income?**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | $0-$24,999 | 22 | 5.5 | 5.5 | 5.5 |

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| $25,000-$49,999 | 77 | 19.3 | 19.3 | 24.8 |
| $50,000- $74,999 | 76 | 19.0 | 19.0 | 43.8 |
| $75,000- $99,999 | 81 | 20.3 | 20.3 | 64.0 |
| $100,000- $124,999 | 49 | 12.3 | 12.3 | 76.3 |
| $125,000- $149,999 | 33 | 8.3 | 8.3 | 84.5 |
| $150,000- $174,999 | 20 | 5.0 | 5.0 | 89.5 |
| $175,000- $199,999 | 16 | 4.0 | 4.0 | 93.5 |
| $200,000 and up | 22 | 5.5 | 5.5 | 99.0 |
| Rather not say | 4 | 1.0 | 1.0 | 100.0 |
| Total | 400 | 100.0 | 100.0 |  |